**DISMISS and Opinion Filed May 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-19-00309-CV
_____

### IN THE INTEREST OF X.P., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-30148-2017**

# MEMORANDUM OPINION
Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Bridges

On February 20, 2019, the trial court entered judgment terminating Father's parental rights to X.P. Father filed a timely motion for new trial which was granted May 1, 2019.

When the trial court grants a motion for new trial, the case is reinstated on the trial court's docket and proceeds to trial as though no trial had been previously conducted. *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex.2005). Because the trial court granted a new trial, any issues appellant would have raised are moot and this Court lacks appellate jurisdiction.

We dismiss this appeal for want of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190309F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF X.P., A CHILD

No. 05-19-00309-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-30148-2017.
Opinion delivered by Justice Bridges, Justices Partida-Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 9, 2019